IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROCKY CHIPPS,

    Plaintiff,

v.                                                             No. 18-cv-0459 WJ/SMV

CITY OF ROSWELL, ALBERTO ALBA,
and JOHN DOES I-IV,

    Defendants.[1]

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     October 24, at 9:30 a.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **October 24, 2018, at 9:30 a.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                     **STEPHAN M. VIDMAR**
                                                     **United States Magistrate Judge**

---

[1] When Defendant Alba first answered Plaintiff's Complaint, [Doc. 5], he spelled his name "Albo." Because Defendant in his Amended Answer, [Doc. 7], spelled his name "Alba," the Court will refer to him as Alberto Alba.
[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.