IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**ROCKY CHIPPS,**

    Plaintiff,

v.                                                     No. 18-cv-0459 WJ/SMV

**CITY OF ROSWELL, ALBERTO ALBA,**
**and JOHN DOES I-IV,**

    Defendants.[1]

## ORDER VACATING AND RESETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**     October 22, 2018, at 1:30 p.m.

**Matter to be heard:** Case status and the Court's expectations regarding Initial Disclosures

The telephonic status conference set for October 24, 2018, at 9:30 a.m. is hereby VACATED and RESET for **October 22, 2018, at 1:30 p.m.** Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.[2] The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

    **IT IS SO ORDERED.**

                                                                   **STEPHAN M. VIDMAR**
                                                                   **United States Magistrate Judge**

---

[1] When Defendant Alba first answered Plaintiff's Complaint, [Doc. 5], he spelled his name "Albo." Because Defendant in his Amended Answer, [Doc. 7], spelled his name "Alba," the Court will refer to him as Alberto Alba.
[2] The "Meet Me" line accepts no more than five incoming telephone lines at a time. Counsel shall coordinate with each other *prior to the conference* to ensure that no more than five incoming telephone lines are utilized.